# Exhibit 6
# Jassy Declaration

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                  **JUDGMENT IN A CIVIL CASE**

**KENNETH JACOBY,**

                                            CASE NO: **2:23–MC–00403–KJM–AC**

              v.

**BOARD OF SUPERVISORS OF THE
UNIVERSITY OF LOUISIANA SYSTEM,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/21/2023**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **December 21, 2023**

                                    by: /s/ L. Reader
                                                 Deputy Clerk