# Exhibit 7
# Jassy Declaration



Jean-Paul Jassy <jpjassy@jassyvick.com>

## Request to Withdraw Deposition Subpoena

**Catherine S. Giering** <cgiering@keoghcox.com>   Fri, Dec 22, 2023 at 7:30 AM
To: Jean-Paul Jassy <jpjassy@jassyvick.com>, Reynolds LeBlanc <rleblanc@keoghcox.com>, Andrew Blanchfield <ablanchfield@keoghcox.com>
Cc: Monica Beck <mbeck@tfnlgroup.com>, Grant Schexnailder <Schexnailder@bornewilkes.com>, Meghan Fenzel <mfenzel@jassyvick.com>

Good morning, JP,

We maintain our request for the deposition of Mr. Jacoby.

It is our understanding that there are no deadlines between now and January 3, when we are scheduled to confer. If that is incorrect, please advise.

Wishing you a happy and healthy holiday,

Cathy


Catherine S. Giering

Partner

Keogh, Cox & Wilson, Ltd.

701 Main Street, Baton Rouge, LA 70802

P.O. Box 1151, Baton Rouge, LA 70821

P 225 383 3796

F 225 343 9612

cgiering@keoghcox.com



WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

**From:** Jean-Paul Jassy <jpjassy@jassyvick.com>
**Sent:** Thursday, December 21, 2023 1:24 PM
**To:** Catherine S. Giering <cgiering@keoghcox.com>; Reynolds LeBlanc <rleblanc@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Monica Beck <mbeck@tfnlgroup.com>; Grant Schexnailder <Schexnailder@bornewilkes.com>; Meghan Fenzel <mfenzel@jassyvick.com>
**Subject:** Request to Withdraw Deposition Subpoena

Counsel,

In light of Judge Claire's ruling this morning granting our motion to quash the document subpoena to Mr. Jacoby (please see attached), we respectfully request that ULS withdraw its deposition subpoena to Mr. Jacoby.  Please let me know if ULS will do so.

Thank you,

JP Jassy


**Jean-Paul Jassy**

Jassy Vick Carolan LLP | 310-870-7048 | jpjassy@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

jassyvick.com


This email may contain confidential and/or privileged material.  Any review or distribution by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies of this email immediately.  This email does not establish an attorney-client relationship.