# Exhibit 9
# Jassy Declaration

EAST BATON ROUGE PARISH
Filed Nov 22, 2023 8:56 AM
Deputy Clerk of Court
E-File Received Nov 21, 2023 at 5:22 AM

C-719433
27

Case 2:23-cv-02848-KJM-AC   Document 9-10   Filed 01/18/24   Page 2 of 4

| | |
|---|---|
| JANE DOE, | SUIT NO. C-719433  SECTION 31 |
| VERSUS | |
| | 19TH JUDICIAL DISTRICT COURT |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM; and BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE. | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

<u>JUDGMENT</u>

On October 26, 2023, Defendant, Board of Supervisors of the University of Louisiana System's Peremptory Exception of Prescription came for hearing before this Court. Present were the following:

Monica Beck, Donald J. Cazayoux, Jr. and J. Lane Ewing, Jr., attorneys for Plaintiff, Jane Doe; and,

Andrew Blanchfield, Catherine S. Giering, Brandon J. DeCuir and Corey Pierce, attorneys for Defendant Board of Supervisors of the University of Louisiana System.

Considering the motion, the briefs of the parties, oral argument, law and evidence;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant University of Louisiana System's Peremptory Exception of Prescription is OVERRULED.

JUDGMENT RENDERED AND ORDERED TO BE REDUCED TO WRITING at Baton Rouge, Louisiana, in open court on the 26th day of October, 2023.

JUDGMENT REDUCED TO WRITING AND CIRCULATED TO ALL COUNSEL on the 20th day of November, 2023.

JUDGMENT READ AND SIGNED at Baton Rouge, Louisiana, this **22nd** day of **November**, 2023.

_____
HON. TIFFANY FOXWORTH-ROBERTS

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED. SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.

DONE AND MAILED ON  December 19, 2023

_____
DEPUTY CLERK OF COURT

Respectfully submitted:

_____
Donald J. Cazayoux, Jr. #20742
J. Lane Ewing, Jr. #29854
Cazayoux Ewing, LLC
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: don@cazayouxewing.com
Email: lane@cazayouxewing.com

Page **1** of **3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record via electronic, facsimile and/or U.S. Mail on this 21st day of November, 2023.

_____
Donald J. Cazayoux, Jr.

| | |
|---|---|
| **JANE DOE,** | **SUIT NO. C-719433  SECTION 31** |
| **VERSUS** | |
| | **19TH JUDICIAL DISTRICT COURT** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM; and** | |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE.** | **PARISH OF EAST BATON ROUGE** |
| | **STATE OF LOUISIANA** |

### RULE 9.5(b) CERTIFICATE

In accordance with District Court Rule 9.5, opposing counsel circulated the proposed judgment via electronic mail on Monday, November 20, 2023, to all counsel of record. In accordance with said rule, all counsel were given five working days for comment. Counsel for Defendant University of Louisiana System made proposed changes to the Judgment which were incorporated.

Respectfully submitted:

*/s/ Donald J. Cazayoux, Jr.*
_____
Donald J. Cazayoux, Jr. #20742
J. Lane Ewing, Jr. #29854
Cazayoux Ewing, LLC
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: don@cazayouxewing.com
Email: lane@cazayouxewing.com