# ULS Exhibit 4

# Requested to be filed under seal per Local Rule 141