# ULS Exhibit 5

# Requested to be filed under seal per Local Rule 141