# ULS Exhibit 6

## Requested to be filed under seal per Local Rule 141