# ULS Exhibit 7

## Requested to be filed under seal per Local Rule 141