CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 1

```
 1        UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF LOUISIANA
 2
     * * * * * * * * * * * * * * * * * * * * * *
 3
     JANE DOE
 4                                     CIVIL ACTION
     VS.                               NO. 3:22-CV-00338
 5
     BOARD OF SUPERVISORS OF THE
 6   UNIVERSITY OF LOUISIANA      JUDGE BRIAN A. JACKSON
     SYSTEM; BOARD OF SUPERVISORS
 7   OF LOUISIANA STATE UNIVERSITY  MAGISTRATE/JUDGE
     AND AGRICULTURAL AND            SCOTT D. JOHNSON
 8   MECHANICAL COLLEGE; and
     LAFAYETTE CITY-PARISH
 9   CONSOLIDATED GOVERNMENT
10   * * * * * * * * * * * * * * * * * * * * * *
11
12   **MARKED AS CONFIDENTIAL UNDER PROTECTIVE ORDER**
13
14   REMOTE 30(b)(6) DEPOSITION OF THE BOARD OF
15   SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM,
16   THROUGH ITS DULY APPOINTED REPRESENTATIVE, TASHA
17   EVANS, TAKEN ON WEDNESDAY, NOVEMBER 8, 2023
18
19         REPORTED BY:  TAMRA K. KENT, CCR #83070
20
21   * * * * * * * * * * * * * * * * * * * * * *
22          Court Reporters of Louisiana, LLC
23           9522 Brookline Avenue, Suite 217
24            Baton Rouge, Louisiana 70809
25          (225)201-9650 Office * (225)201-9651 Fax
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 2

```
 1                    I N D E X
 2                                          Page
 3   Caption                                  1
 4   Appearances                              3
 5   Agreement of Counsel                     4
 6   Examination
 7       BY MS. BECK                          5
 8
 9
10
11
12
13             *   *   *   *   *
14   EXHIBITS:
15   Exhibit 1...  Notice of 30(b)(6)Deposition.......  7
16   Exhibit 2...  Objections to 30(b)(6) Deposition..  7
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 3

```
 1   APPEARANCES:
 2   Representing the Plaintiff:
 3       FIERBERG NATIONAL LAW GROUP
         Attorneys at Law
 4       201 East 17th Street, Suite A
         Traverse City, MI 49684
 5
         BY:  MS. MONICA H. BECK (Via Zoom)
 6            Mbeck@tfnlgroup.com
 7
     Representing the Defendant, Board of Supervisors of
 8   the University of Louisiana System:
 9       DEPARTMENT OF JUSTICE
         Special Assistant Attorneys General
10       Post Office Box 1151
         Baton Rouge, LA 70821
11
         BY:  MR. ANDREW BLANCHFIELD  (Via Zoom)
12            Lblanchfield@keoghcox.com
              MS. CATHERINE S. GIERING (Via Zoom)
13            Cgiering@keoghcox.com
14                   -and-
15       DECUIR, CLARK & ADAMS
         Attorneys-at-law
16       732 North Boulevard
         Baton Rouge, LA  70802
17
         BY:  MR. COREY PIERCE (Via Zoom)
18
19   Representing the Defendant, Lafayette City/Parish
     Consolidated Government:
20
         BORNE, WILKES & RABALAIS
21       Attorneys at Law
         200 West Congress Street, Suite 1000
22       Lafayette, LA  70501
23       BY:  MR. GRANT SCHEXNAILDER (Via Zoom)
              Schexnailder@bornewilkes.com
24
25   Reported by:  Tamra K. Kent #83070
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 4

1              S T I P U L A T I O N

2         IT IS STIPULATED AND AGREED by and among

3   Counsel that the remote 30(b)(6) deposition (Via

4   Zoom) of the BOARD OF SUPERVISORS OF THE UNIVERSITY

5   OF LOUISIANA SYSTEM, through its duly appointed

6   representative, TASHA EVANS, is hereby being taken

7   pursuant to Notice under the Federal Rules of Civil

8   Procedure for all purposes permitted under law.

9

10        The witness reserves the right to read and

11  sign the deposition.  The original is to be

12  delivered to and retained by Monica H. Beck,

13  Attorney, for proper filing with the Clerk of

14  Court.

15

16        All objections, except those as to the form

17  of the questions and/or responsiveness of the

18  answers, are reserved until the time of the trial

19  of this cause.

20

21              *  *  *  *  *

22        Tamra K. Kent, Certified Court Reporter in

23  and for the State of Louisiana, #83070, officiated

24  in remotely administering the oath to the witness

25  with the same force and effect as if in person.

1          During the 2014/2015 academic year, were
2     there other types of I guess categories or ways
3     that ULL categorized students who were seeking
4     admission to UL-Lafayette, like for reentry or
5     readmission?
6          MS. GIERING:
7               Object to the form of the question.  If
8          you are able to answer that, please do so.
9          THE WITNESS:
10              We did have another category as all
11         schools do.  It's reentry students are what
12         we call them.
13    BY MS. BECK:
14       Q.  What was the difference between the -- and
15    what distinguished transfer students from the
16    reentry students?
17       A.  A transfer student is someone who has
18    previous enrollment at another institution that
19    fall semester after their graduation year.
20       Q.  And what about reentry?
21       A.  A reentry student is someone who was
22    seeking enrollment to the university after they
23    have enrolled with us as a degree-seeking student
24    in the past.
25       Q.  So you said that there was a paper

1  application that would have to be submitted by a
2  student seeking transfer to UL-Lafayette.
3          Was that same requirement made of students
4  who were seeking reentry?
5      A.  It was a requirement for all students
6  applying to the university.
7      Q.  Okay.  Aside from that, were there any
8  other requirements made of students seeking to
9  transfer to UL-Lafayette?
10     A.  Could you clarify?
11     Q.  Sure.  You said a paper application had to
12 be submitted, correct?
13     A.  Correct.
14     Q.  Okay.  And did the student also have to
15 submit transcripts from his or her high school and
16 other colleges?
17     A.  Correct.
18     Q.  Okay.  And was the same true for students
19 seeking reentry to UL-Lafayette?
20         MS. GIERING:
21             Counsel, I'm going to allow her to
22         answer this question, but the topic is
23         about transfer students; not about reentry
24         students.
25             And the witness specifically discussed