IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**KENNETH JACOBY,**

                            Moving Party,

      **v.**

**BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM,**

               Responding Party.

Case No. 2:23-cv-02848-KJM-AC

*Related to E.D. Cal. Case No. 2:23-mc-00403-KJM-AC*

*Pending in the Middle District of Louisiana, Case No. 3:22-cv-00338-BAJ-SDJ*

**[~~PROPOSED~~] ORDER AUTHORIZING PRODUCTION OF TRANSCRIPT**

    The Motion for Protective Order filed on behalf of the Moving Party, Kenneth Jacoby, was heard before Magistrate Judge Allison Claire on January 31, 2024. Pursuant to the request of the Responding Party, Board Supervisors of the University of Louisiana System, production of a copy of the transcript of the January 31, 2024 is hereby AUTHORIZED for release to the Responding Party.

Dated: February 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE